Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 JUN -2 PM 12: 30

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA...

PLATINUM COMMUNITY BANK

vs

PLATINUM REALTY SERVICES d/b/a VISION REALTY & MORTGAGE, a California corporation, RICHARD GABINO SCATTERDAY, and WILTON VALVERDE

BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0977 BEN JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ryan F. Thomas, Esq.
75 Rowland Way, Suite 350
Novato, CA 94945

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____     _____6/2/08_____
CLERK                                     DATE

By  B. LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)