ORIGINAL

FILED
08 JUN 10 PM 3: 46
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: Ed
           DEPUTY

1  Ryan F. Thomas, Bar No: 230491        (415) 878-0030
2  AMERICAN MORTGAGE LAW GROUP
   75 ROWLAND WAY STE 350
3  NOVATO, CA 94945-5057

4  Representing: Plaintiff          File No.1017-003

United States District Court

Southern District of California

Platinum Community Bank                )   Case No: 3:08-cv-00977-BEN-JMA
                                       )
         Plaintiff/Petitioner          )   Proof of Service of:
                                       )   Summons, Complaint
              vs                       )
                                       )
Platinum Realty Services d/b/a Vision Realty & )
Mot                                    )
                                       )   Service on:
         Defendant/Respondent          )     Richard Gabino Scatterday
                                       )

                                           Hearing Date:
                                           Hearing Time:
                                           Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6663910

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ryan F. Thomas, 230491<br>AMERICAN MORTGAGE LAW GROUP<br>75 ROWLAND WAY STE 350<br>NOVATO, CA 94945-5057<br>TELEPHONE NO.: (415) 878-0030<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | |

| PLAINTIFF/PETITIONER: Platinum Community Bank | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Platinum Realty Services d/b/a Vision Realty & Mot | 3:08-cv-00977-BEN-JMA |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1017-003 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint

3. a. Party served:    Richard Gabino Scatterday

   b. Person Served: Silvia Peregrino, C/F/46/190/5'5/Blonde Hair - Person in Charge of Office
4. Address where the party was served:   4444 Vandever Ave
   San Diego, CA  92120
5. I served the party
   b. **by substituted service.** On (date): 6/6/2008         at (time): 9:53 AM   I left the documents listed in item 2 with or in the presence of:  Silvia Peregrino, C/F/46/190/5'5/Blond(
   (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name:       Fred Josefosky
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $: 72.00
   e. I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No.: 959
         (iii) County SAN DIEGO
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
   Date: 6/6/2008

                  Fred Josefosky                                                         (SIGNATURE)
           (NAME OF PERSON WHO SERVED PAPERS)

Form Adopted for Mandatory Use                                                           Code of Civil Procedure, § 417.10
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                          **PROOF OF SERVICE OF SUMMONS**
                                                                                         FF# 6663910

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ryan F. Thomas, 230491<br>AMERICAN MORTGAGE LAW GROUP<br>75 ROWLAND WAY STE 350<br>NOVATO, CA 94945-5057 | (415) 878-0030 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>1017-003 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:
Platinum Community Bank

DEFENDANT:
Platinum Realty Services d/b/a Vision Realty & Mot

| DECLARATION OF DILIGENCE | | | | CASE NUMBER:<br>3:08-cv-00977-BEN-JMA |
|---|---|---|---|---|

I received the within process on 6/4/2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Richard Gabino Scatterday

(1) BUSINESS: 4444 Vandever Ave, San Diego, CA 92120

As enumerated below:

6/4/2008  4:45 PM   at address (1) above. Closed. Business closed. No hours posted.
6/5/2008  1:25 PM   at address (1) above. Closed. Business closed
6/5/2008  1:25 PM   at address (1) above. Closed. business closed
6/6/2008  9:53 AM   at address (1) above. Other. Sub-served to Silvia Peregrino, C/F/46/190/5'5/Blonde Hair

Registered California process server.
County: SAN DIEGO
Registration No.: 959

Fred Josefosky
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/6/2008 at Los Angeles, California.

Fred Josefosky

FF# 6663910

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ryan F. Thomas, 230491<br>AMERICAN MORTGAGE LAW GROUP<br>75 ROWLAND WAY STE 350<br>NOVATO, CA 94945-5057 | (415) 878-0030 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>1017-003 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:
Platinum Community Bank

DEFENDANT:
Platinum Realty Services d/b/a Vision Realty & Mot

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>3:08-cv-00977-BEN-JMA |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 6/6/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Richard Gabino Scatterday
4444 Vandever Ave
San Diego, CA 92120

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$: 72.00

Fee for Service:

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/6/2008 at Los Angeles, California.

Solomon Rodriguez

FF# 6663910