FILED
08 JUN 10 PM 3: 46
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Ryan F. Thomas, Bar No: 230491      (415) 878-0030
2  AMERICAN MORTGAGE LAW GROUP
   75 ROWLAND WAY STE 350
3  NOVATO, CA 94945-5057

4  Representing: Plaintiff            File No.1017-003

United States District Court

Southern District of California

| Platinum Community Bank | Case No: 3:08-cv-00977-BEN-JMA |
|---|---|
| Plaintiff/Petitioner | Proof of Service of: |
| vs | Summons, Complaint |
| Platinum Realty Services d/b/a Vision Realty & Mot. | |
| Defendant/Respondent | |

Service on:
  Platinum Realty Services d/b/a Vision Realty & Mortgage, a California corporation

Hearing Date:
Hearing Time:
Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6663909

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ryan F. Thomas, 230491<br>AMERICAN MORTGAGE LAW GROUP<br>75 ROWLAND WAY STE 350<br>NOVATO, CA 94945-5057<br>TELEPHONE NO.: (415) 878-0030<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF/PETITIONER: Platinum Community Bank

DEFENDANT/RESPONDENT: Platinum Realty Services d/b/a Vision Realty & Mot

CASE NUMBER:
3:08-cv-00977-BEN-JMA

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
1017-003

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint

3. a. Party served: Platinum Realty Services d/b/a Vision Realty & Mortgage, a California corporation

   b. Person Served: Rick Gabino Scatterday - Person authorized to accept service of process

4. Address where the party was served: 4444 Vandever Ave
   San Diego, CA 92120

5. I served the party
   b. **by substituted service.** On (date): 6/6/2008    at (time): 9:53 AM   I left the documents listed in item 2 with or in the presence of: Silvia Peregrino, C/F/46/190/5'5/Blonde
      (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Platinum Realty Services d/b/a Vision Realty & Mortgage, a California corporation
      under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Fred Josefosky
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 86.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 959
         (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
   Date: 6/6/2008

   Fred Josefosky
   (NAME OF PERSON WHO SERVED PAPERS)             (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6663909

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ryan F. Thomas, 230491<br>AMERICAN MORTGAGE LAW GROUP<br>75 ROWLAND WAY STE 350<br>NOVATO, CA 94945-5057 | (415) 878-0030<br><br>Ref. No. or File No.<br>1017-003 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:
Platinum Community Bank

DEFENDANT:
Platinum Realty Services d/b/a Vision Realty & Mot

| PROOF OF SERVICE BY MAIL | | | | ✓ | CASE NUMBER:<br>3:08-cv-00977-BEN-JMA |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 6/6/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Platinum Realty Services d/b/a Vision Realty & Mortgage, a California corporation
Rick Gabino Scatterday
4444 Vandever Ave
San Diego, CA 92120

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 86.00

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/6/2008 at Los Angeles, California.

Solomon Rodriguez

FF# 6663909